# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| FYR SFR BORROWER, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:24-CV-01201-ELR |
| | * | |
| LASHANDRA Y SHEPPHARD, And all others, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

# **O R D E R**

This case is before the Court on Magistrate Judge Justin S. Anand's Final Report and Recommendation ("R&R"). [Doc. 3]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). However, the Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A party objecting to a R&R "must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565 F.3d 1353, 1361

(11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988) (internal quotation marks omitted)).

On April 1, 2024, Defendant Lashandra Y Shepphard filed her "Objections and Response Answer to Report and Recommendation To Object Plaintiff And Court Dismissal." [Doc. 6]. In this filing, Defendant offers general commentary regarding this case and appears to discuss a motion to dismiss. [See generally id.] However, the R&R concerns this Court's lack of subject matter jurisdiction over this removed action given that the Parties do not appear to be diverse, Defendant is a citizen of Georgia, and the case does not raise a federal question. See generally R&R. Therefore, the Court finds that Defendant's objections are insufficient because they are frivolous, general, and do not "specifically identify those findings objected to." [See Doc. 6]; see also Schultz, 565 F.3d at 1361. Thus, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **OVERRULES** Defendant's "Objections and Response Answer to Report and Recommendation To Object Plaintiff And Court Dismissal" [Doc. 6] and **ADOPTS** the R&R [Doc. 3] as the opinion of this Court. For the reasons stated in the R&R, the Court **REMANDS** this case to the Magistrate Court of Cobb County, Georgia.

**SO ORDERED**, this 5th day of April, 2024.

                                              _____
                                              Eleanor L. Ross
                                              United States District Judge
                                              Northern District of Georgia